UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:22-po-00229-CKD |
| ) | |
| Plaintiff, ) | [~~Proposed~~]ORDER TO DISMISS AND |
| ) | VACATE STATUS CONFERENCE |
| v. ) | |
| ) | |
| BILLY J. KENNON, ) | DATE: September 22, 2022 |
| ) | TIME: 9:30 a.m. |
| Defendant. ) | JUDGE: Honorable Carolyn K. Delaney |
| ) | |
| ) | |
| ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:22-po-00229-CKD is GRANTED.

It is further ordered that the status conference scheduled on September 22, 2022, is vacated.

IT IS SO ORDERED.

Dated: August 26, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND
VACATE STATUS CONF.         1         U.S. v. BILLY J. KENNON